# IN THE SUPREME COURT OF THE STATE OF NEVADA

WILBURT HICKMAN, JR.,
                    Appellant,
            vs.
THE STATE OF NEVADA,
                    Respondent.

No. 80596

FILED

MAY 20 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
      DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a district court order denying a petition and supplemental petition for postconviction relief. Eighth Judicial District Court, Clark County; Carolyn Ellsworth, Judge.

Appellant's counsel has filed a motion for voluntary dismissal of this appeal. Attached to the motion is a statement from appellant representing that appellant has received a full explanation from his counsel of the legal consequences of a dismissal. Appellant states he understands he is waiving the right to appeal the denial of his postconviction petition for a writ of habeas corpus and that by doing so, his judgment of conviction will stand. Appellant also states he understands that he is waiving the right to pursue claims in subsequent state or federal proceedings. After consideration of his situation and the communications with appellate counsel, appellant has decided not to pursue this appeal. Under these circumstances, the motion is granted and this appeal is dismissed.

It is so ORDERED.

_____, J.
Parraguirre

_____, J.          _____, J.
Hardesty                              Cadish

SUPREME COURT
OF
NEVADA

(O) 1947A

20-19309

cc: Hon. Carolyn Ellsworth, District Judge
McLetchie Law
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

2